# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adex Odiete *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> Ur Mendoza Jaddou *et al.*, <br><br> Defendants. | Case No. 2:25-cv-00558-AH-(JCx) <br><br> **FINAL JUDGMENT** |

For the reasons stated in the separate order of dismissal entered on May 15, 2025, this action is dismissed without prejudice.

This is a final judgment.

Dated:  May 15, 2025

_____
HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE