UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 2:25-cv-00558-AH-(JCx) | Date June 25, 2025 |
| Title *Adex Odiete et al. v. Ur Mendoza Jaddou et al.* | |

Present: The Honorable   Anne Hwang, United States District Judge

| Yolanda Skipper | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE RE SUBJECT MATTER JURISDICTION

The Court has received and reviewed the filings related to Defendants' Motion to Dismiss (Dkt. Nos. 16 and 27) and Plaintiffs' Rule 60 Motion (Dkt. Nos. 25 and 26), as well as all records in this case.

Plaintiffs in their Rule 60 Motion now seem to argue that they are seeking relief for the revocation of the Form I-130, Administrative Procedure Act ("APA") violations, and due process violations under the Fifth Amendment, separate from the revocation of the Form I-485, which the Court's previous Order addressed (Dkt. No. 28).[1] *See generally* Mot. for Reconsideration, Dkt. No. 25. Plaintiffs do not seem to raise any other claims for relief.

---

[1] The Court's Order previously docketed (Dkt. No. 20) was erroneously formatted and a corrected version is docketed as Dkt. No. 28.

Neither of the Parties address whether this Court has jurisdiction to review the revocation of the I-130,[2] APA violations in this specific case,[3] or due process violations,[4] which Plaintiffs have now clarified are being raised as separate claims from the Form I-485.

Accordingly, the Court orders the Parties to file supplemental briefing addressing whether the Court has jurisdiction to review the revocation of the I-130, APA violations in this case, and due process violations. The Parties should address only the jurisdictional issues.

Plaintiffs shall file their papers by **July 9, 2025**. Defendants shall file their papers by **July 23, 2025**. As Plaintiffs are the party asserting federal jurisdiction, Plaintiffs' failure to respond timely and adequately to this Order shall result in denial of their pending Rule 60 Motion. Plaintiffs' Rule 60 Motion is under submission until jurisdiction is determined.

**IT IS SO ORDERED.**

---

[2] *See, e.g., Bouarfa v. Mayorkas*, 604 U.S. 6 (2024).
[3] *See, e.g., Kerur v. Mayorkas*, 2024 WL 1024742, at *3 (N.D. Cal. Mar. 7, 2024) ("the APA allows for judicial review of agency action except when statutes preclude judicial review") (quoting 5 U.S.C. § 701(a)(1)) (cleaned up).
[4] *See, e.g., Gutierrez v. United States*, 857 F.App'x 944 (9th Cir. Sept. 3, 2021).